**Exhibit A to the Complaint**

**Location:** New York, NY
**Total Works Infringed:** 51

**IP Address:** 47.230.78.60
**ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 43CF1D5DF59873F254E43E777CAA14F39CCDFEE9 | 05/05/2026 03:08:32 | Vixen | 05/02/2026 | 05/06/2026 | PA0002582407 |
| 2 | FBFBE9D6F681FC519EDE158C0302389D97C61719 | 04/27/2026 23:53:20 | TushyRaw | 04/26/2026 | 05/06/2026 | PA0002582405 |
| 3 | 7BD5ABE9E7CA45B9B5301F3C9FAF85AF1AF0FDA6 | 04/27/2026 23:51:56 | Vixen | 04/27/2026 | 05/06/2026 | PA0002582408 |
| 4 | 0E8F6CB08AE3EE1E46883781578EDAB40D13E42C | 04/25/2026 01:40:35 | Tushy | 03/29/2026 | 04/07/2026 | PA0002577431 |
| 5 | 90CA4E8E2319E515C911D6B8F333EB4A2FEB60A4 | 04/25/2026 01:39:53 | Vixen | 03/28/2026 | 04/07/2026 | PA0002577434 |
| 6 | 97211ADDF47C39FBC25DE4D1661814110398B404 | 04/25/2026 01:35:20 | Vixen | 04/02/2026 | 04/07/2026 | PA0002577419 |
| 7 | 326274BDC632F8F9B9468330682A691AFCEC3166 | 04/25/2026 01:16:12 | TushyRaw | 04/12/2026 | 04/24/2026 | PA0002580885 |
| 8 | F6049B26D9ACB9315783BDDF9A644602DCA26381 | 04/19/2026 22:32:48 | Vixen | 04/17/2026 | 04/24/2026 | PA0002580450 |
| 9 | 19E3BD59EC652082541CDB6533C86D46BA0929B4 | 03/30/2026 01:46:43 | TushyRaw | 03/29/2026 | 04/07/2026 | PA0002577412 |
| 10 | 08F00DDCD3E4FD31343D796D3A84F917C1E3D91B | 03/26/2026 10:44:22 | Vixen | 03/18/2026 | 03/24/2026 | PA0002575263 |
| 11 | 22D9E4241A873BCE89D9ED5294680FE3C19427FC | 03/23/2026 14:36:32 | Vixen | 03/23/2026 | 04/07/2026 | PA0002577407 |
| 12 | C60F94B5923542FD8002029717C9DC68B5133526 | 03/17/2026 03:12:39 | TushyRaw | 03/15/2026 | 03/24/2026 | PA0002575287 |
| 13 | 5C648B5D140217EBD4A40120B47C45372D68B30A | 03/17/2026 00:22:28 | Milfy | 08/28/2024 | 09/17/2024 | PA0002490357 |
| 14 | 857FCAB12E42E35498655CE1A633EE83BB73E1DA | 03/17/2026 00:19:24 | Milfy | 08/21/2024 | 09/17/2024 | PA0002490356 |
| 15 | 4F6945D6DA12A5A91EFC629BCF9C9B1E20F4766C | 03/17/2026 00:17:01 | Milfy | 08/07/2024 | 09/17/2024 | PA0002490329 |
| 16 | 9CB4C7D0F799BE651AD19E2AC0F9E60A3B8AA235 | 03/17/2026 00:13:12 | Milfy | 07/10/2024 | 09/05/2024 | PA0002491136 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | F4C8C4AB57BF3D05608D06CE5BA968B5DFC007A0 | 03/17/2026 00:11:13 | Milfy | 06/26/2024 | 09/09/2024 | PA0002491138 |
| 18 | B4C8FF1474429EC8105BB53C1497F5FE0ACE223C | 03/17/2026 00:10:23 | Milfy | 09/11/2024 | 09/18/2024 | PA0002490442 |
| 19 | 095A0442F0F09A310BA3F286D0712C7BBC6FCA31 | 03/17/2026 00:09:59 | Milfy | 08/14/2024 | 09/17/2024 | PA0002490354 |
| 20 | 9170285946DA221B9B11E5EE5418B6898CAC1EB5 | 03/16/2026 23:51:24 | Milfy | 07/03/2024 | 09/05/2024 | PA0002491137 |
| 21 | F3A12ED5B97AD90E9BC84D5050D3B4C27706D908 | 03/16/2026 23:43:27 | Milfy | 03/11/2026 | 03/24/2026 | PA0002575238 |
| 22 | 55A0B1C965B027993CCF0CA8BEAB5D72C8E76115 | 03/16/2026 23:32:26 | Milfy | 06/19/2024 | 09/09/2024 | PA0002491142 |
| 23 | ED365B037C3E67CDC076FE727A382398AC37E1B4 | 03/16/2026 23:22:36 | Milfy | 07/31/2024 | 09/17/2024 | PA0002490325 |
| 24 | 01DB787206CC019C585D6AF1E23EF66536AF567A | 03/16/2026 23:16:26 | Milfy | 07/24/2024 | 09/17/2024 | PA0002490321 |
| 25 | BB301A3EFC22055CD6FC971B221F32BB3215C744 | 03/16/2026 22:58:53 | Milfy | 09/04/2024 | 09/18/2024 | PA0002490440 |
| 26 | 0B1D11F072D4BD1F0E673DB6EE4B8DEAD4D70F0B | 03/13/2026 20:55:04 | Milfy | 05/15/2024 | 06/20/2024 | PA0002477041 |
| 27 | 7DB23F94C61F44E30E4550E1B7B204B956C3E2A4 | 03/13/2026 20:51:55 | Milfy | 05/22/2024 | 06/20/2024 | PA0002477021 |
| 28 | 9531EB52D8212401C0B14D35E7821924ADE2953F | 03/13/2026 20:49:58 | Milfy | 06/05/2024 | 09/09/2024 | PA0002492284 |
| 29 | C50493DB8E8D7046711DD3D51F65AC4CFC00E9F0 | 03/13/2026 20:48:38 | Milfy | 06/12/2024 | 09/09/2024 | PA0002491143 |
| 30 | 741FF255AECCA654D8217BE25E7CCD987DAABBBB | 03/13/2026 20:43:42 | Milfy | 05/29/2024 | 09/05/2024 | PA0002491135 |
| 31 | 79AAEE86E94B1053BB5169267BED2587F6C41529 | 03/13/2026 00:39:03 | Milfy | 04/10/2024 | 06/24/2024 | PA0002477492 |
| 32 | 093ABA7600269C3CCA168211709C6A69C1445F06 | 03/13/2026 00:38:25 | Milfy | 04/17/2024 | 06/24/2024 | PA0002477490 |
| 33 | 1282490EE1C0B200BF7364FDA8E1286B2BDF2F5F | 03/13/2026 00:38:25 | Milfy | 04/03/2024 | 06/24/2024 | PA0002477489 |
| 34 | 1124F11618B21DBD43D0B1F1248948AE18B0B863 | 03/13/2026 00:37:23 | Milfy | 05/01/2024 | 06/20/2024 | PA0002477047 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 070B0D88D734C867AD89FB4A6A316169970FACBF | 03/07/2026 18:47:43 | Milfy | 01/03/2024 | 01/16/2024 | PA0002453476 |
| 36 | 66B953B22945C13FFFBE7FD98829CE074BA922F5 | 03/07/2026 18:43:55 | Milfy | 01/31/2024 | 03/15/2024 | PA0002463458 |
| 37 | E0DD650D7B419B49694B8CCA712F2643B1AF75A9 | 03/07/2026 18:39:32 | Milfy | 02/18/2026 | 02/20/2026 | PA0002568781 |
| 38 | 384DFEE167E8D227F6FB09397D101E840CD5A668 | 03/07/2026 17:09:20 | Milfy | 03/06/2024 | 06/24/2024 | PA0002477485 |
| 39 | 818D2540BA80026B71B11C0A41FDF88549FDC251 | 03/07/2026 16:33:08 | Milfy | 12/31/2025 | 01/07/2026 | PA0002559436 |
| 40 | 7D98017997D7C136E592C3D0689334C76D92B8A6 | 03/07/2026 14:51:31 | Milfy | 01/10/2024 | 03/28/2024 | PA0002462578 |
| 41 | 837678004819C92929AAAF3F48DEDA4B5996330A | 03/07/2026 11:05:13 | Milfy | 01/24/2024 | 03/15/2024 | PA0002461445 |
| 42 | D774B86F9C759D36A998373CC120BA0E71A80AB0 | 03/07/2026 08:57:19 | Milfy | 01/21/2026 | 01/28/2026 | PA0002563707 |
| 43 | DFA9D20806D1410A7BF9B79E9D9D2569DD0ACDD5 | 03/07/2026 08:55:02 | Milfy | 01/07/2026 | 01/26/2026 | PA0002563047 |
| 44 | BDD6C1D4FAC7D7FFF979E8406278C9AD52E28DDA | 03/07/2026 08:54:12 | Milfy | 02/04/2026 | 02/20/2026 | PA0002568768 |
| 45 | 304184D53D6DBA9B5773130661C498683EF34498 | 03/07/2026 08:44:23 | Milfy | 12/17/2025 | 01/02/2026 | PA0002558858 |
| 46 | 34F1FB017E6271CC3ED4248B5CF1279F7FDC2190 | 03/07/2026 08:43:56 | Milfy | 02/25/2026 | 03/09/2026 | PA0002572165 |
| 47 | 279A293894B82343703CC47EE6886B4C8AFBC106 | 03/07/2026 07:58:32 | Milfy | 03/04/2026 | 03/24/2026 | PA0002575241 |
| 48 | 4E96F31FCE96C96036D041D8520487B2F253283F | 03/07/2026 05:01:06 | Milfy | 03/20/2024 | 06/24/2024 | PA0002477487 |
| 49 | BEBC16FA6724EC3796F0C372C323A419212F8E3F | 03/07/2026 04:13:26 | Milfy | 03/27/2024 | 06/24/2024 | PA0002477488 |
| 50 | 63BF25714EBA9F51C91FB6702CED125F98D839DD | 03/07/2026 04:12:59 | Milfy | 02/28/2024 | 06/24/2024 | PA0002477483 |
| 51 | C37AEA72216E5013CD05CC5E34BC25D66D3D5D42 | 03/07/2026 04:12:16 | Milfy | 03/13/2024 | 06/24/2024 | PA0002477486 |